**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARIBETH ECKHAUS,

    Plaintiff,

v.                                                    Case No:   6:20-cv-2363-GAP-LHP

DRURY HOTELS COMPANY, LLC,

    Defendant

---

**ORDER**

This cause comes before the Court on Defendant's Unopposed Motion for Reasonable Attorney's Fees and Costs Pursuant to Order Granting Motion for Entitlement (Doc. No. 57) filed January 19, 2023.

On March 27, 2023, the United States Magistrate Judge issued a report (Doc. No. 58) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant's Unopposed Motion for Reasonable Attorney's Fees and Costs Pursuant to Order Granting Motion for

Entitlement is **GRANTED**.  Defendant is awarded attorneys' fees in the amount of $8,882.00.  The clerk is directed to enter judgment for Defendant Drury Hotels Company, LLC, against Plaintiff Maribeth Eckhaus in this amount.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 11, 2023.



---
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party